IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LEE CASHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:04-CV-1105-F |
| ) | WO |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Amend Complaint (Doc. #11), filed March 24, 2005. Although given the opportunity to do so by the Court, the Defendant did not express any objection to the amendment. Therefore, without objection, it is hereby

ORDERED that the Motion to Amend Complaint is GRANTED.

DONE this 19th day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE